UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:25-mj-04243 |
| | ) | JUDGE NEWBERN |
| HAZHAN GULY | ) | |
| | ) | |

## GOVERNMENT'S NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America hereby gives notice that Assistant United States Attorney Herbert L. Bunton III should be substituted in the place of Assistant United States Attorney Robert S. Levine as the attorney for the Government in this case.

                                                Respectfully submitted,

                                                ROBERT E. McGUIRE
                                                Acting United States Attorney

By:    ***/s/Herbert L. Bunton III***
        Herbert L. Bunton III
        Assistant U. S. Attorney
        719 Church Street, Suite 3300
        Nashville, Tennessee 37203-3870
        Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2025, a copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel for defendant.

                                                /s/*Herbert L. Bunton III*
                                                Herbert L. Bunton III
                                                Assistant United States Attorney